## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | July 13, 2018 |
| **Bankruptcy Case** | 09 B 37709 | **Adversary No.** | |
| **Title of Case** | Peter J. Barber | | |

**Brief Statement of Motion**

Objection to response to notice of final cure payment

(Re: docket entry no. 74)

**Names and Addresses of moving counsel**

John H. Redfield
Crane Simon Clar & Dan

135 S. LaSalle St., Ste. 3705

Chicago, Illinois 60603

**Representing**  Debtor

## ORDER

**Debtor's objection to response to final cure payment is overruled without prejudice for the reasons stated on the record.**